IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THELMA FERBISH<br>1304 Floral Street, N.W.<br>Washington, D.C. 20012<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITIFINANCIAL MORTGAGE<br>COMPANY, INC.<br>250 East John Carpenter Freeway<br>Irving, Texas 75062<br><br><br><br>　　　　Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*　Case No.<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF REMOVAL

Defendant, CitiFinancial Mortgage Company, Inc., by its undersigned attorneys, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the Superior Court of the District of Columbia, Civil Action No. 2005 CA 009096 B, to the United States District Court for the District of Columbia. In support of removal, Defendant avers as follows:

　　　　1.　　On January 3, 2005, Defendant was served with a Complaint For Fraud, Misrepresentation, Breach of Contract & Jury Demand (the "Complaint") filed by Plaintiff, Thelma Ferbish, in the Superior Court of the District of Columbia, Civil Action No. 2005 CA 009096 B (the "State Court Action"), a Summons issued by the Clerk of the Superior Court of the District of Columbia, and an Initial Order issued by Chief Judge Rufus G. King, III in the State Court Action, true and correct copies of which are attached hereto as Exhibit A and incorporated herein by reference.

　　　　2.　　Plaintiff is a citizen of the District of Columbia.

3. Defendant is a corporation incorporated under the laws of the State of New York having its principal place of business in the State of Texas.

4. Plaintiff seeks damages in the amount of $150,000.00 as to each of three counts, exclusive of interest and costs. See Exhibit A, Complaint, p. 6.

5. There exists complete diversity of citizenship between the Plaintiff and Defendant, as the Defendant is not a citizen of the District of Columbia, in which the State Court Action has been brought and the matter in controversy exceeds, exclusive of interest and costs the sum or value of $75,000.00; therefore, this Court has jurisdiction pursuant to 28 U.S.C. § 1332. On that basis, this action may be removed by Defendant pursuant to 28 U.S.C. § 1441(b).

6. Defendant first received the Complaint, through service or otherwise, on January 3, 2006, and therefore this removal is timely, pursuant to 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, papers, and orders which have been served upon Defendant in this matter are attached hereto as Exhibit A.

8. Pursuant to 28 U.S.C. § 1446(d), simultaneous with the filing of this Notice of Removal, Defendant has filed a copy of this Notice of Removal with the Clerk of the Superior Court of the District of Columbia and has given written notice thereof to Plaintiff. A true and correct copy of the Praecipe attaching the Notice of Removal for filing in the Superior Court of the District of Columbia is attached hereto as Exhibit B and incorporated herein by reference.

**WHEREFORE,** Defendant, CitiFinancial Mortgage Company, Inc., prays that this action be removed.

Respectfully submitted,

_____
James A. Sullivan, Jr., D.C. Bar #475145
MILES & STOCKBRIDGE P.C.
11 North Washington Street, Suite 700
Rockville, Maryland 20850
Telephone: (301) 762-1600

Attorneys for Defendant,
CitiFinancial Mortgage Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2006, a copy of the foregoing was mailed via first class mail, postage prepaid, to the following:

John Anderson, Esquire
666-11th Street N.W.
Suite 840
Washington, D.C. 20001

_____
James A. Sullivan, Jr.