IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THELMA FERBISH | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 2005 CA 009096 B |
| | * | Judge Melvin R. Wright |
| CITIFINANCIAL MORTGAGE | * | Next Event: 2-17-06 |
| COMPANY, INC. | * | [Initial Conference] |
| | * | |
| Defendant. | * | |
| | * | |

## PRAECIPE

TO THE CLERK OF THE COURT:

In accordance with 28 U.S.C. § 1446(d), enclosed for filing is a copy of Defendant, CitiFinancial Mortgage Company, Inc.'s Notice of Removal filed in the United States District Court for the District of Columbia.

Pursuant to the provisions of 28 U.S.C. §1446(d), the filing of this Notice of Removal means that this Court shall proceed no further with this matter unless and until the case is remanded by the United States District Court for the District of Columbia.

Respectfully submitted,

_____
James A. Sullivan, Jr. D.C. Bar #475145
MILES & STOCKBRIDGE P.C.
11 North Washington Street, Suite 700
Rockville, Maryland 20850
Telephone: (301) 762-1600

Attorneys for Defendant,
CitiFinancial Mortgage Company, Inc.



EXHIBIT 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2006, a copy of the foregoing was mailed via first class mail, postage prepaid, to the following:

John Anderson, Esquire
666-11th Street N.W.
Suite 840
Washington, D.C. 20001

_____
James A. Sullivan, Jr.