IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THELMA FERBISH<br>1304 Floral Street, N.W.<br>Washington, D.C. 20012<br><br>      Plaintiff,<br><br>vs.<br><br>CITIFINANCIAL MORTGAGE<br>COMPANY, INC.<br>250 East John Carpenter Freeway<br>Irving, Texas 75062<br><br><br><br>      Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*  Case No.<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## DEFENDANT, CITIFINANCIAL MORTGAGE COMPANY, INC.'S LCvR 7.1 CERTIFICATE

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for CitiFinancial Mortgage Company, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of CitiFinancial Mortgage Company, Inc., which have any outstanding securities in the hands of the public.

Citigroup Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*[signature]*

James A. Sullivan, Jr., D.C. Bar No. 475145
MILES & STOCKBRIDGE P.C.
51 N. Washington Street, Suite 700
Rockville, Maryland 20850
(301) 762-1600

Attorneys for Defendant,
CitiFinancial Mortgage Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2006, a copy of the foregoing was mailed via first class mail, postage prepaid, to the following:

John Anderson, Esquire
666-11th Street N.W.
Suite 840
Washington, D.C. 20001

*[signature]*

James A. Sullivan, Jr.