**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THELMA FERBISH** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Case No.  1:06cv00110 RMC** |
| | * | |
| **CITIFINANCIAL MORTGAGE** | * | |
| **COMPANY, INC.** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S**
**CLAIMS FOR FRAUD AND MISREPRESENTATION**

Upon consideration of the Motion to Dismiss Plaintiff's Claims for Fraud and Misrepresentation, the Statement of Points and Authorities in Support of Motion to Dismiss Plaintiff's Claims for Fraud and Misrepresentation, and any response thereto, it is on this _____ day of _____, 2006, by the United States District Court for the District of Columbia,

ORDERED, that the Motion to Dismiss Plaintiff's Claims for Fraud and Misrepresentation, be and the same is hereby GRANTED; and it is further

ORDERED, that Plaintiff's claims for Fraud and Misrepresentation be and the same are hereby DISMISSED; and it is further

ORDERED, that Plaintiff's case shall proceed solely on Plaintiff's claim for Breach of Contract.

_____
Judge Rosemary M. Collyer
U.S. District Court for the District of Columbia

cc:

James A. Sullivan, Jr.
MILES & STOCKBRIDGE P.C.
11 N. Washington Street
Suite 700
Rockville, Maryland 20850

John Anderson, Esquire
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015