IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THELMA FERBISH | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *    Case No. 1:06cv00110 RMC |
| | * |
| CITIFINANCIAL MORTGAGE | * |
| COMPANY, INC. | * |
| | * |
| Defendant. | * |
| | * |

## CERTIFICATE OF SERVICE[1]

I HEREBY CERTIFY that a copy of the Answer to Plaintiff's Claim for Breach of Contract, Motion to Dismiss Plaintiff's Claims for Fraud and Misrepresentation, Statement of Points and Authorities in Support of Motion to Dismiss Plaintiff's Claim for Fraud and Misrepresentation and Proposed Order were mailed, first-class, postage prepaid, this 6th day of February, 2006, to:

    John Anderson, Esquire
    5335 Wisconsin Avenue, N.W.
    Suit 440
    Washington, D.C. 20015

_____
James A. Sullivan, Jr.

## LCvR 5.4(b)(5) CERTIFICATE

I HEREBY CERTIFY that the original signed document is in the possession of the undersigned and that it is available for review upon request by a party or by the Court.

_____
James A. Sullivan, Jr.

---

[1] Plaintiff's Counsel received service of the Notice of Removal and related papers electronically; therefore, counsel for CitiFinancial Mortgage Company, Inc. assumed that any subsequent filings would also be sent electronically to counsel for Plaintiff. Counsel for CitiFinancial Mortgage Company, Inc. just realized that counsel for Plaintiff did not receive the subsequent filings reflected herein electronically and, therefore, is sending these filings by mail.