IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THELMA FERBISH** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Case No. 1:06cv00110 RMC |
| | * | |
| **CITIFINANCIAL MORTGAGE COMPANY, INC.** | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

To the Clerk of the Court:

Pursuant to the provisions of Fed. R. Civ. Proc. 41(a), please mark any and all claims in the above-captioned matter as settled and dismissed, with prejudice.

Respectfully submitted,

_____
Thelma Ferbish
1304 Floral Street, N.W.
Washington, D.C. 20012

Respectfully submitted,

_____
James A. Sullivan, Jr., D.C. Bar #475145
MILES & STOCKBRIDGE P.C.
11 North Washington Street, Suite 700
Rockville, Maryland 20850
Telephone: (301) 762-1600

Attorneys for Defendant,
CitiFinancial Mortgage Company, Inc.

## LCvR 5.4(b)(5) CERTIFICATE

I HEREBY CERTIFY that the original signed document is in the possession of the undersigned and that it is available for review upon request by a party or by the Court.

_____
James A. Sullivan, Jr.